```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Josephine Amatucci

    v.                                                  Case No. 22-cv-273-JL

Dennis O'Connor

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 27, 2022.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: August 9, 2022

cc:   Josephine Amatucci, pro se